ORIGINAL

U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FILED
DEC - 4 2001
CLERK, U.S. DISTRICT COURT
By _____ Deputy

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| JACINTO TORRES, | § | |
| | § | |
| Plaintiff, | § | |
| | § | Civil Action No. 3:00-CV-1806-D |
| VS. | § | |
| | § | |
| ASSOCIATES FINANCIAL | § | |
| SERVICES CO., INC., | § | |
| | § | |
| Defendant. | § | |

ENTERED
DEC -5 2001
U.S.D.C.

## ORDER

The mediator has advised the court that the parties have settled this case. Accordingly, this case is administratively closed for statistical purposes without prejudice to its being reopened to enter a judgment or order of dismissal or for further proceedings if the settlement is not consummated.

**SO ORDERED**.

December __4__, 2001.

_____
SIDNEY A. FITZWATER
UNITED STATES DISTRICT JUDGE

12