IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| JACINTO TORRES, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | CIVIL ACTION NO. |
| | § | 3-00 CV 1806-D |
| ASSOCIATES FINANCIAL | § | |
| SERVICES CO., INC. | § | |
| | § | |
| Defendant. | § | |

## STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, Plaintiff Jacinto Torres and Defendant Associates Financial Services Company, Inc. hereby stipulate to the dismissal of all claims asserted by Plaintiff in the above captioned lawsuit. The Parties stipulate that this dismissal is with prejudice, and further stipulate that each party will bear the costs incurred by that party in connection with this lawsuit.

_____
Rod Tanner
State Bar No. 19637500
Rod Tanner & Associates, P.C.
6000 Western Place, Suite 100
Fort Worth, TX 76107

Andrew L. Jones
State Bar No. 24012919
Law Office of Andrew L. Jones, P.C.
8144 Walnut Hill Lane, Suite 650
Dallas, TX 75231

ATTORNEYS FOR PLAINTIFF
JACINTO TORRES

_____
Ronald E. Manthey
State Bar No. 12927400
Ellen L. Perlioni
State Bar No. 00794155

LITTLER MENDELSON, P.C.
2001 Ross Ave., LB 116
Suite 2600
Dallas, Texas 75201
214.880.8100
214.880.0181 – facsimile

ATTORNEYS FOR DEFENDANT
ASSOCIATES FINANCIAL SERVICES
COMPANY, INC.

STIPULATION OF DISMISSAL WITH PREJUDICE - Page 1
DALLAS:88372.1 029647.1010